March 19, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

KIDIZONE INC., Appellant

NO. 14-14-00801-CV                 V.

ROHAN STANLEY AND TRACIE GEORGE, INDIVIDUALLY AND AS
NEXT FRIENDS OF RAYNE STANLEY, DECEASED, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on September 15, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Kidizone Inc.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.